UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : MAG. NO. 3:00MJ44(HBF) |
| | : |
| LORENZO A. MENDIZABAL | : |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the District of Connecticut hereby moves for the dismissal of the Criminal Complaint dated February 7, 2000 pending against the defendant, Lorenzo A. Mendizabal.

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
JAMES G. GENCO
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct00360
450 Main Street, Room 328
Hartford, CT 06103
(860) 947-1101

Leave of court is granted for the filing of the foregoing dismissal.  It is so ordered.

_____
HON. ELLEN BREE BURNS
SENIOR UNITED STATES DISTRICT JUDGE

Dated: _____
New Haven, Connecticut